UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED
FILED
JAN 29 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )  No. **4:20CR00061 RWS/SPM**
)
TYEISHIA ADAIL, )
)
Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about May 4, 2019 and continuing up to and including May 6, 2019, in City of St. Louis, within the Eastern District of Missouri,

**TYEISHIA ADAIL,**

the Defendant herein, knowing that an offense against the United States had been committed, to-wit: carjacking resulting in death, in violation of Title 18, United States Code, Section 2119 and 2, did receive, relieve, comfort, and assist Anthony Jones in order to hinder or prevent his apprehension, trial, and punishment, in violation of Title 18, United States Code, Section 3, and punishable under Title 18, United States Code, Section 3.

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Special Assistant United States Attorney